■ In the Matter of OSWALDO CARRERAS, Petitioner, v WALTER KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Determination unanimously annulled on the law and petition granted *(see, Matter of Lahey v Kelly,* 125 AD2d 923, *lv granted* 69 NY2d 608). (Article 78 proceeding transferred by order of Supreme Court, Wyoming County, Dadd, J.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KENDALL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Green, J.—sexual abuse, first degree.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOROTHY HALL BOWERS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Niagara County Court, DiFlorio, J.—manslaughter, second degree.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.

■ WILLIAM H. MCCABE, Respondent, v COUNTY OF MONROE, Appellant, et al., Defendant. (Appeal No. 1.)—Order unanimously reversed on the law without costs and defendant County of Monroe's motion granted. Memorandum: On respective motions for summary judgment, each defendant established the absence of any duty owed by it to plaintiff in relation to the accident alleged in the amended complaint. Plaintiff made no demonstration to the contrary and thus Special Term erred in denying the motion of each defendant for summary judgment. (Appeal from order of Supreme Court, Monroe County, Bergin, J.—summary judgment.) Present—Dillon, P. J., Denman, Balio, Lawton and Davis, JJ.